# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
MARK F. MARCHESE

**WARRANT FOR ARREST**

CASE NUMBER: 04-_____-M

04-M0036-LPC

SSN: 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
DOB: February 5, 1970

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK F. MARCHESE__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Armed Bank Robbery;**
**Use of Firearm During Crime of Violence;**

in violation of Title __18__ United States Code, Section(s) __2113(a) and (d)__ ;
in violation of Title __18__ United States Code, Section(s) __924(c)__ .

Lawrence P. Cohen
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

August 25, 2004 - Boston, MA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/25/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: MARK F. MARCHESE

ALIAS: unknown

LAST KNOWN RESIDENCE: 219 Russell Street, Everett, MA

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Boston, MA

DATE OF BIRTH: February 5, 1970

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5 ft 9 in           WEIGHT: 165 lbs

SEX: Male                   RACE: Caucasian

HAIR: Brown                 EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: tattoos on stomach, arms, legs

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: unknown

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigation, 1 Center Plaza, Suite, 600, Government Center, Boston, Massachusetts

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

Place of Offense:                  Category No. __II__        Investigating Agency __FBI__

City __Malden__                    Related Case Information:

County __Middlesex__               Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant __x__
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __MARK F. MARCHESE__                Juvenile  ☐ Yes  ☒ No

Alias Name __unknown__

Address __219 Russell Street, Everett, MA__

Birth date: __1970__   SS#: __4347__   Sex: __M__   Race: __Caucasian__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Paul R. Moore__                Bar Number if applicable __632312__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 25, 2004    Signature of AUSA: _/s/ Paul R. Moore_

# United States District Court

### DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
MARK F. MARCHESE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04- M00036- LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 19, 2004__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

By force and violence and by intimidation, took from the person and presence of employees of Citizen's Bank, money belonging to and in the custody, control, management, and possession of Citizen's Bank, a federally insured financial institution, and did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon and device, to wit, a gun, and did knowingly use and carry that gun during and in relation to a crime of violence, to wit, the intentional taking of money, from the person or presence of others, belonging to, and in the care, custody, management and possession of a federally insured bank, by means of force and violence and by intimidation,

in violation of Title __18__, United States Code, Section(s) __2113(a) and (d)__ ;
in violation of Title __18__, United States Code, Section(s) __924(c)__

I further state that I am a(n) __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following facts:
                                Official Title

   **See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Robert Rice

Sworn to before me and subscribed in my presence,

Special Agent, Federal Bureau of Investigation
United States Department of Justice

__August 25, 2004__ at __Boston, Massachusetts__
Date                                                City and State

HON. Lawrence P. Cohen,  United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer