UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10293-JLT

UNITED STATES OF AMERICA

v.

MARK F. MARCHESE

FINAL STATUS REPORT

November 9, 2004

COHEN, M.J.

A Final Status Conference was held before this court on Tuesday, November 9, 2004, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report, to wit:

1. All discovery is complete, and no motions are pending;

2. There will not be a trial in this case. The defendant intends to offer a plea of guilty;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned in order to schedule a Rule 11 hearing.

_____
UNITED STATES MAGISTRATE JUDGE