UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    NO. 04-10293-JLT

MARK MARCHESE

MOTION FOR PRE-PLEA PRESENTENCE REPORT

Now comes the defendant in the above-captioned case and requests that this court order the probation department to prepare a presentence report prior to the defendant pleading guilty.

The reasons for this request are contained in counsel's affidavit.

Assistant United States Attorney Paul Moore assents to this request for a pre-plea PSR.

For the defendant,

Edward L. Hayden
7 Franklin Street
Lynn, MA 01902
Tel. 781-599-1190
BBO # 226430