UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK F. MARCHESE,<br>FRANK R. BOWMAN, JR.,<br>ANTHONY P. RAYMOND,<br>a/k/a Razor Ramone,<br>a/k/a Tony Ramone,<br>a/k/a Tony Ramond,<br>Defendants. | ) | CRIMINAL NO.: 04-10293-JLT<br><br>Count 1: 18 U.S.C. § 2113(d)<br>Armed Bank Robbery<br>Count 2: 18 U.S.C. § 922(g)(1)<br>Felon in Possession<br>of a Firearm<br>Count 3: 18 U.S.C. § 924(c)<br>Use of a Firearm During<br>Crime of Violence |

SUPERSEDING INDICTMENT

**COUNT ONE**: 18 U.S.C. § 2113(d) – Armed Bank Robbery

The Grand Jury charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE**
**and**
**FRANK R. BOWMAN, JR.,**
**and**
**ANTHONY P. RAYMOND,**

the defendants herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Citizen's Bank, money in the amount of $26,664.68, more or less, belonging to and in the care, custody, control, management and possession of the said Citizen's Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing the aforesaid offense, the defendants herein did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

All in violation of Title 18, United States Code, Section 2113(d).

**COUNT TWO**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: one 7.62 x 39 mm Norinco assault-style rifle, Model SKS, bearing serial number 9211689.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**: 18 U.S.C. § 924(c) – Use of a Firearm During Crime of Violence

The Grand Jury further charges that:

On or about August 19, 2004, at Malden, in the District of Massachusetts,

**MARK F. MARCHESE**
**and**
**FRANK R. BOWMAN, JR.,**
**and**
**ANTHONY P. RAYMOND,**

the defendants herein, did knowingly use, carry and brandish a firearm, to wit, an assault rifle, during and in relation to the crime of violence charged in Count One of this Indictment, to wit: armed bank robbery, in violation of Title 18, United States Code, Section 2113(d).

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The armed robbery that is the subject of Count One involved the taking of the property of a financial institution, as described in U.S.S.G. § 2B3.1(b)(1).

2. The armed robbery that is the subject of Count One involved the brandishment and possession of a firearm, as described in U.S.S.G. § 2B3.1(b)(2).

3. The armed robbery that is the subject of Count One involved a loss of between $10,000 and $50,000, as desribed in U.S.S.G. § 2B3.1(b)(7)(B).

4. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Marchese was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

5. At the time of the defendants' commission of the armed robbery that is the subject of Count One, defendant Raymond was 34 years old and had at least two prior felony convictions of either a crime of violence or controlled substance offense, as described in U.S.S.G. § 4B1.1.

A TRUE BILL:

FOREMAN OF THE GRAND JURY

PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; December 8, 2004, at 1:15.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

1:15
12/8 MS

.S 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Malden

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10293-JLT
Same Defendant X New Defendant ______
Magistrate Judge Case Number MJ - 04-36-LPC
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name MARK F. MARCHESE Juvenile ☐ Yes ☒ No

Alias Name unknown

Address 219 Russell Street, Everett, MA

Birth date: 1970 SS#: 4347 Sex: M Race: Caucasian Nationality: USA

**Defense Counsel if known:** **Ed Hayden** **Address:** **7 Franklin Street**
**Lynn, MA 01902**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Paul R. Moore** **Bar Number if applicable** 632312

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **August 25, 2004**

☒ **Already in Federal Custody as of** **detainee** **in** **Plymouth Co. House / Corrections**.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** December 8, 2004 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** __________

**Name of Defendant** MARK F. MARCHESE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** MARK F. MARCHESE

**ADDITIONAL INFORMATION:** ____________________

js 45 - Armed Bank Robbery - 2004 - Marchese.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Malden **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. X Case No. 04-10293-JLT
Same Defendant X New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name FRANK R. BOWMAN, JR. Juvenile ☐ Yes ☒ No

Alias Name unknown

Address 19 Waters Avenue, Everett, MA

Birth date: 1971 SS#: 8610 Sex: M Race: Caucasian Nationality: USA

**Defense Counsel if known:** **Charles A. Clifford** **Address:** **305 Main Street**
**Charlestown, MA 02128**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Paul R. Moore** **Bar Number if applicable** 632312

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as of** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Mag. Judge L. Cohen** **on** **Oct. 11, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **2**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** December 8, 2004 **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** **FRANK R. BOWMAN, JR.**

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number (To be filled in by deputy clerk):**______________________

**Name of Defendant** **FRANK R. BOWMAN, JR.**

**ADDITIONAL INFORMATION:** ______________________

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Malden

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. Superseding Ind Case No. 04-10293-JLT
Same Defendant ______ New Defendant X
Magistrate Judge Case Number 04-MJ-00079-LPC
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name ANTHONY P. RAYMOND Juvenile ☐ Yes ☒ No

Alias Name Razor Ramone; Tony Ramone; Tony Ramond

Address Plymouth Co. House of Corrections

Birth 1971 SS#: 3386 Sex: M Race: Caucasian Nationality: USA

**Defense Counsel if known:** **Roger Witkin, Esq.** **Address:** **6 Beacon St. Suite 1010**
**Boston, MA 02108**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Paul R. Moore** **Bar Number if applicable** 632312

**Interpreter:** ☐ **Yes** ☒ **No** **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☒ **In Custody**

**Location Status:**

**Arrest Date:** **November 12, 2004**

☒ **Already in Federal Custody as of** **November 12, 2004** **in** **Plymouth Co. House of Corrections** .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** December 8, 2004 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** ANTHONY P. RAYMOND

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| **Set 1** | 18 U.S.C. § 2113(d) | Armed Bank Robbery | 1 |
| Set 2 | 18 U.S.C. § 924(c) | Use of a Firearm During a Crime of Violence | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** ANTHONY P. RAYMOND

**ADDITIONAL INFORMATION:** ______________________