UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                                              **NO. 04-10298-JLT**

**MARK MARCHESE**

**MOTION FOR EXTENSION TO RESPOND TO THE
PRESENTENCE REPORT**

Now comes the defendant in the above-captioned case and requests that the time for responding to the Presentence Report be extended from May 16, 2005 to May 23, 2005.

As reason therefore, counsel says the additional time is necessary in order to obtain and copy the defendant's psychological records which were not available to the probation officer at the time she wrote the presentence report. These psychological records are voluminous and will take several days to copy.

U.S. Attorney Paul Moore and Probation Officer Tricia Marsey assent to this request for extension.

                                                  For the defendant,
                                                /s/ Edward L. Hayden
                                                7 Franklin Street
                                                Lynn MA 01902
                                                (781) 599-1190
                                                BBO #226430