UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH

V.                                               04-10293

MARK MARCHESE

MOTION TO CONTINUE

Now comes counsel in the above case and requests that the plea and sentencing hearing currently scheduled for August 3, 2005 be scheduled for some other date.

As reason therefore, counsel says that he is scheduled to begin trial on the case of Commonwealth v. Guerrero at Middlesex Superior Court on August 3, 2005.

For the defendant,

/s/ Edward L. Hayden
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430