UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              NO. 04 10293 JLT

**ANTHONY P. RAYMOND**

**MOTION OF DEFENDANT TO PRECLUDE THE GOVERNMENT'S ATTORNEY FROM PRESENTING JENCKS ACT MATERIAL TO THE DEFENDANT'S COUNSEL IN FRONT OF THE JURY**

The defendant in the above entitled matter moves this Honorable Court for an order to preclude the Government's attorney from presenting Jencks Act material to counsel for the defendant in front of the jury.

The defendant respectfully suggests to this Honorable Court that the Government's attorney should present said material to counsel for the defendant not in the view of the jury so that the jury does not get the idea that the Government is doing something for the defendant as well as prosecuting him. See *Gregory v. United States, 369 F.2d 185 (D.C. Cir. 1966); United States v. Gardin, 382 F.2d 601 (2d Cir. 1967).*

REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.l (D).

*/s/Roger Witkin*
ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite l0l0
Boston, MA 02108
Tel. (617) 523-0027
Fax (6l7) 523-2024
BBO No. 531780

Dated: September 12, 2005
federal\F104

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   **CRIMINAL NO.** 04 10293 JLT

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Paul Moore, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

/s/ *Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: September 12, 2005

Case 1:04-cr-10293-JLT    Document 55    Filed 09/12/2005    Page 3 of 3