UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                                 )<br>    v.                             )<br>                                 )<br>ANTHONY P. RAYMOND,      )<br>           Defendant.   )<br>                               ) | Crim. No. 04-10293-JLT |

**NOTICE OF APPEARANCE OF WAQAR HASIB**

Please enter and add the appearance of Assistant U.S. Attorney Waqar Hasib for the United States of America in the above-captioned matter.

                                                         Respectfully submitted,

                                                         MICHAEL J. SULLIVAN
                                                         United States Attorney

                                      By:    /s/ Waqar Hasib
                                                         WAQAR HASIB
                                                         Assistant U.S. Attorney
                                                         1 Courthouse Way, Suite 9200
                                                         Boston, MA 02210
Date: September 21, 2005                         (617) 748-3700

CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                          September 21, 2005

    I, Waqar Hasib, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Roger Witkin, Esq., by first class mail.

                                                     /s/ Waqar Hasib
                                                     Waqar Hasib
                                                     Assistant U.S. Attorney