UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. 04 10293 JLT

ANTHONY P. RAYMOND

### DEFENDANT'S AMENDED PROPOSED WITNESS LIST

The defendant hereby gives notice that it may call the following person(s) as witness(es) during its presentation:

1. Francesca Bowman
   351 Pleasant Street
   North Hampton, MA 01060

2. Giovanni Migliori
   59 Oliver Street
   Malden, MA

3. Grace Murphy
   16 Baincroft Road
   Malden, MA

4. Gerald Lynch
   2 Spear Street
   Melrose, MA

5. Mihran Zeitounian
   World Gas Station
   875 Main Street
   Malden, MA

6. Careem West
   103 South Drive
   Bedford, MA

7. Peter A. Ward
   21 Gilmore Street
   Everett, MA

                                                                                      */s/Roger Witkin*  
                                                                                      ROGER WITKIN  
Counsel for the Defendant  
6 Beacon Street, Suite l0l0  
Boston, MA 02l08  
Tel. 6l7 523 0027  
Fax 6l7 523 2024  
BBO No. 531780  

Dated: September 30, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    **CRIMINAL NO.** 04 10293 JLT

ANTHONY P. RAYMOND

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was

served upon the attorney of record for the United States, AUSA Paul Moore, and a

courtesy copy to Ms. Zita Lovett, Courtroom Clerk for Honorable Joseph L. Tauro by

mail and electronic filing, which was e-filed this day.

                                                */s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  September 30, 2005